
RECEIVED
APR 24 2025

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
Columbus DIVISION

Tyease Williams
(Enter Above the Name of the Plaintiff in this Action)

vs.

City of Springfield
(Enter above the name of the Defendant in this Action)

2:25 CV 0448
JUDGE SARGUS
MAGISTRATE JUDGE DEAVERS

If there are additional Defendants, please list them:

1. City of Springfield
2. Lawrence County Prosecutor's Office
3. Lawrence County Municipal Clerk
4. Ohio State Highway Patrol
5. ~~Lockland Police Department~~
6. Trooper D.L. Webb (in individual and official capacity)
7. Janiaya Canty

**COMPLAINT**

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

Tyease Williams
Name - Full Name Please - PRINT

200 Lakeview Park Road  C9
Street Address

Colonial Heights, VA 23834.
City, State and Zip Code

804-504-9038
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. **1. City of Springfield**
   Name - Full Name Please
   **76 East High Street, Springfield, OH 45502**
   Address: Street, City, State and Zip Code

2. **2. Lawrence County Prosecutor's Office**
   **1 Veterans Square, Ironton, OH 45638**
   **3. Lawrence County Municipal Clerk**

3. **2 Railroad Street, Chesapeake, OH 45619**
   **4. Ohio State Highway Patrol**
   **1970 West Broad Street, Columbus, OH 43223**

4. **5. Lockland Police Department**
   **101 North Cooper Avenue, Lockland, OH 45215**
   **6. Trooper D.L. Webb (in individual and official capacity)**

5. **c/o Ohio State Highway Patrol, 1970 West Broad Street, Columbus, OH 43223**
   **7. Janiaya Canty**

6. **Address unknown; notice to be served via Prosecutor's Office**

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☒ Title 28 U.S.C. § 1343(3)
[A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☒ Title 28 U.S.C. § 1331
[A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
[A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title _____ United States Code, Section _____
[Other federal status giving the court subject matter jurisdiction.]

-2-

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

1. In March 2015, a woman named Janiaya Canty was stopped by law enforcement in Lawrence County, Ohio while driving without a license. She provided her real name and date of birth but had no ID.

2. Approximately two months later, she falsely claimed she had not been the driver and sent law enforcement a photo of me, Tyease Williams, falsely identifying me as the driver.

3. Without conducting a proper investigation or collecting a signed witness statement from Ms. Canty, Trooper D.L. Webb of the Ohio State Highway Patrol issued a criminal affidavit and had a warrant filed for my arrest.

4. The Lawrence County Prosecutor's Office allowed the charges to proceed despite no probable cause and no corroborating evidence.

5. The Lawrence County Municipal Clerk submitted a request to remove the warrant after dismissal, but it was incorrectly sent to the sheriff rather than the originating agency, causing the warrant to remain active.

6. In May 2023, after learning of the false charge, I traveled from Georgia to Ohio to clear my name. On May 15, 2023, the case was dismissed in Lawrence County Municipal Court.

7. On May 26, 2023, while preparing to return home, I was arrested by Lockland Police Department officers, including unidentified Jane/John Doe Officers, despite showing them official documentation proving my case had been dismissed.

8. The arrest was based on two false NCIC hits that were never corrected due to clerk and communication errors between agencies.

9. I was not allowed to hug or comfort my minor daughter, who was with me during the arrest. She was taken away and has since experienced emotional trauma.

10. During the arrest, officers failed to protect or properly handle my personal belongings, resulting in theft and damage to essential property, including electronics and identification documents.